# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:18-03027-01-CR-S-RK ) |
| WILLIAM W. CHAMLEE, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Before the Court is Defendant William W. Chamlee's motion to dismiss counts 1-7 (Doc. 25). On December 6, 2018, United States Magistrate Judge David P. Rush issued the Report and Recommendation ("R&R") (Doc. 27). Neither party filed objections within the 14-day period provided by Rule 59(a) of the Federal Rules of Criminal Procedure. As a result, the parties have waived their right to review. *Id*. Accordingly, the Court adopts Judge Rush's recommendation and DENIES defendant's motion. The Report and Recommendation (Doc. 27) shall be attached to and made a part of this Order.

IT IS SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 15, 2019